[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 6, 2007
THOMAS K. KAHN
CLERK

_____

No. 05-17247

_____

D. C. Docket No. 05-01209-CV-CC-1
BKCY No. 01-87787-BKC-CR

In Re:   FILM FABRICATORS, INC.,

Debtor.

_____

S. GREGORY HAYS,
Chapter 11 Trustee and
Liquidating Agent for Film Fabricators, Inc.,

Plaintiff-Appellee,

versus

TSG VENTURES, INC.,
OPPORTUNITY CAPITAL CORPORATION,
OPPORTUNITY CAPITAL PARTNERS II, L.P.,
OPPORTUNITY CAPITAL PARTNERS III, L.P.,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(February 6, 2007)**

Before CARNES, PRYOR and FARRIS,[*] Circuit Judges.

PER CURIAM:

Having read the briefs, considered the pertinent parts of the record, and heard oral argument, we affirm the district court's order, dated November 28, 2005, which reversed the bankruptcy court, and we do so for exactly those reasons stated in the district court's findings of fact and conclusions of law of November 25, 2005.

AFFIRMED.

---

[*] Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by designation.